IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MITCHELL GORDON : CIVIL ACTION
:
v. :
:
MICHAEL J. ASTRUE, :
Commissioner of Social Security : NO. 08-1071

FILED DEC 08 2009 MICHAEL E. KUNZ, Clerk By ___ Dep. Clerk

## O R D E R

AND NOW, this 7th day of December, 2009, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review, Defendant Commissioner's Response thereto, and Plaintiff's Reply Brief, and after review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The final decision of the Commissioner of Social Security denying plaintiff disability insurance benefits is REVERSED, and the case is REMANDED to the Commissioner for calculation of benefits.

BY THE COURT:

_____
ANITA B. BRODY, J.

Copies via ECF on ___ to: Copies via US Mail on ___ to: